**REDACTED**

## Criminal Case Cover Sheet

<u>U.S. District Court</u>

Place of offense:

Under Seal: Yes _____ No  X   Judge Assigned: _____JCC_____

City _____ Superseding Indictment _____ Criminal Number: __1:14-CR- 213__

County/Parish __Arlington__ Same Defendant _____ New Defendant _____X_____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20 / R 40 from District of _____

Related Case Name and No.: _____

### Defendant Information:

Juvenile -- Yes _____ No __X__ FBI # _____

Defendant Name: __Marcel Lehel Lazar____ Alias Name(s) Guccifer, Guccifer Seven, Micul Fum

Address: __Arad, Romania__

Employment: _____

Birth Date __█████ 1971 SS# _N/A_ Sex Male_ Def Race Caucasian_ Nationality Romanian_ Place of Birth Romania

Height _5'7"_ Weight _176_ Hair __Brown__ Eyes __Brown__ Scars/Tattoos _____

Interpreter: ____ No _X_ Yes List language and/or dialect: _____Romanian_____ Automobile Description _____

### Location Status:

Arrest date: _____

_____ Already in Federal Custody as of _____ in _____

_____ Already in State Custody      _____ On Pretrial Release      _____ Not in Custody

__X__ Arrest Warrant Requested      _____ Fugitive      _____ Summons Requested

_____ Arrest Warrant Pending      __X__ Detention Sought      _____ Bond _____

### Defense Counsel Information:

Name: _____      _____ Court Appointed      Counsel conflicted out: _____

Address: _____      _____ Retained

Telephone: _____      _____ Public Defender      Federal Public Defender's Office conflicted out: ____

### U.S. Attorney Information:

AUSA _Ryan K. Dickey_      Telephone No.: __(703) 299-3700__      Bar # _____

### Complainant Agency, Address & Phone Number or Person & Title:

Federal Bureau of Investigation, U.S. Secret Service _____

### U.S.C. Citations:

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 - 3 | Felony |
| Set 2 | 18 U.S.C. § 1030(a)(2)(C) | Unauthorized Access of Protected Computer | 4 - 6 | Felony |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 7 | Felony |

Date: _6/10/14_      Signature of AUSA: _____

**District Court Case Number (To be filled by deputy clerk):** _____

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) | |
|------|----------------|-------------------------------|----------|--------|
| Set 4 | 18 U.S.C. § 2261A(2)(B) | Cyberstalking | 8 | Felony |
| Set 5 | 18 U.S.C. § 1519 | Obstruction of Justice | 9 | Felony |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |
| Set 28 | | | | |
| Set 29 | | | | |
| Set 30 | | | | |
| Set 31 | | | | |