# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:14-cr-00213 |
| Lazar | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                                    .

Date:      06/13/2014                                                      /s/
                                                                    *Attorney's signature*


                                                              Peter V. Roman
                                                        *Printed name and bar number*

                                                    United States Attorney's Office
                                                      Eastern District of Virginia
                                                        2100 Jamieson Avenue
                                                         Alexandria, VA  22314
                                                                    *Address*


                                                        peter.roman@usdoj.gov
                                                              *E-mail address*


                                                            (202) 305-1323
                                                            *Telephone number*


                                                            (703) 837-8242
                                                                *FAX number*