# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| | |
|---|---|
| United States of America<br>v.<br>MARCEL LEHEL LAZAR<br>a/k/a "GUCCIFER"<br>a/k/a "GUCCIFER SEVEN"<br>a/k/a "MICUL FUM"<br>*Defendant* | )<br>)<br>)  Case No. 1:14-cr-213<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARCEL LEHEL LAZAR                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud (18 U.S.C. § 1343)
Unauthorized access of a protected computer (18 U.S.C. § 1030)
Aggravated identity theft (18 U.S.C. § 1028A)
Cyberstalking (18 U.S.C. § 2261A)
Obstruction of Justice (18 U.S.C. § 1519)

Date: 6/12/2014

*Issuing officer's signature*

Kathy Roberts - Deputy Clerk
*Printed name and title*

City and state:   Alexandria, Virginia

### Return

This warrant was received on *(date)* June 13, 2014, and the person was arrested on *(date)* March 31, 2016
at *(city and state)* Alexandria, Virginia.

Date: 4/1/2016

*Arresting officer's signature*

Seunghyun Eom, Special Agent
*Printed name and title*