UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

MAY 2 5 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

MARCEL LEHEL LAZAR

    a/k/a "GUCCIFER"
    a/k/a "GUCCIFER SEVEN"
    a/k/a "MICUL FUM"
    a/k/a "MARCEL LAZAR LEHEL"

       Defendant.

Criminal No. 1:14-cr-213

Honorable James C. Cacheris

## MOTION TO DISMISS COUNTS

The United States of America, by and through the undersigned attorneys, hereby moves

this honorable Court to dismiss Counts 1-4, 6, and 8-9 against defendant MARCEL LEHEL

LAZAR, in accordance with the written plea agreement entered into between the United States

and defendant, upon the Court's acceptance of defendant's guilty plea to Counts 5 and 7 in the

Indictment. A proposed order is attached to this motion.

Date: May 25, 2016

Respectfully submitted,

Dana J. Boente
United States Attorney

By:

Maya D. Song
Jay V. Prabhu
Assistant United States Attorneys

Peter V. Roman
Ryan K. Dickey
Senior Counsel, U.S. Department of Justice
Criminal Division
Computer Crime and Intellectual Property Section