# EXHIBIT B

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



1300 Summit Street, Kansas City, MO 64105-1362

| | |
|---|---|
| File Number: | ▮▮▮▮▮ |
| Requesting Official(s) and Office(s): | Roger L. Campbell (WF) |
| Task Number(s) and Date Completed: | 297081, 6/9/2014 |
| Name and Office of Linguist(s): | CL Ildiko Izabella Toma (KC) |
| Name and Office of Reviewer(s): | Mark Sirb (AT) |
| Source Language(s): | Romanian |
| Target Language: | English |

Source File Information
Transcript Guccifer interview_2014_03_19_15_23_07_097

### DOCUMENT VERBATIM TRANSLATION

Languages:

| | |
|---|---|
| Primary Language: | Romanian |
| *Secondary language*: | *English* |
| Tertiary language: | Latin |

UNCLASSIFIED

UNCLASSIFIED

## MARCEL LEHEL LAZAR "GUCCIFER" HEARING

QUESTION: Do you have a family?
ANSWER: I have a wife and 10-year-old daughter.
QUESTION: Did you perform your Army service?
ANSWER: Yes.
QUESTION: What can you tell us about [your] computer skills?
ANSWER: I learned on my own, from the internet.
QUESTION: Besides computers and information technology, do you have any other interests?
ANSWER: No.
QUESTION: What have you learned over the course of this self-teaching activity?
ANSWER: Only basic things, I did not learn programming.
QUESTION: Did you meet people online who could help you learn more?
ANSWER: No, I learned on my own.
QUESTION: What other subject are you interested in?
ASNWER: Only politics.

The image of an email message which has several numbers written on it is presented.

QUESTION: Please explain the significance of the numerology seen on this message.
ASNWER: It is a Kabala type numerology where A means 1, B means 2; if you add up the numbers you get 72, which is God's number. At the beginning the name was guccifer 7, I also had a Google profile 72+7, so that I'll get 777, which is one of God's numbers. I also included the year 1997 and Princess Diana's name, and the background image is also of Princess Diana; if you subtract 1997 from 2013 it yields the same nr. 7.
QUESTION: How did you create it?
ANSWER: I created it with the IRFAN VIEW software.
QUESTION: How do we do a screen capture?
ANSWER: It's done with *copy-paste* in *Paint*. I also erased the metadata each time I created the images.
QUESTION: What is the meaning of this message, what are you want to convey with it? How did you pick the name Guccifer?
ANSWER: It's about a symbol, Guccifer. I can't answer you; it just comes out of the blue.
QUESTION: When did it occur [to you]?

[Interpreter: illegible signature]

PROSECUTOR          PUBLIC DEFENDER      REPRESENTATIVES OF US
                                         AUTHORITIES
[Illegible stamp    [Illegible signature] [Partially visible, illegible signature]
and signature]

UNCLASSIFIED

ANSWER: I think around February, I needed a name, but it came out of the blue.
QUESTION: Did you think it was a version of Gucci? A brand name?
ANSWER: I think so.
QUESTION: When you talked to Baston, he asked you about this name, and you told him the same, that it came out of the blue.
ANSWER: Yes, it is a version of a brand name, but I also checked it from a numerological standpoint, to make sure that the combination is right.
QUESTION: Does the numerological part have anything to do with the Illuminati?
ASNWER: Yes, I read a lot of books and [I read] online about the Illuminati, but not just recently, I have been reading for about 20 years.
QUESTION: When did you begin the Guccifer adventure?
ANSWER: Around October, 2012.
QUESTION: How did you start? With whom? Did you address these things to a specific person? You seem to have a specific purpose. Did you have an interest in a [certain] person, [in order] to establish a fact?
ANSWER: I started in the direction of high level personalities. I used *Google Strings*. That was the main technique. The beginning is a computer, your brain and passion.
QUESTION: Did you perceive this crusade as an effort to deliver justice to everyone?
ANSWER: Yes.
QUESTION: Your investigation uncovered evidence to serve justice to others as well.
ANSWER: Yes.
QUESTION: How were you able to access the email address of ▇ members?
ANSWER: I had access to the email address of ▇. I identified this address from the email ▇.
QUESTION: How did you access her email account?
ANSWER: He had an AOEL [sic] email address with a very weak security.
QUESTION: What was the next step?
ANSWER: I copied the list of addresses, I sorted the emails by sender and I read the emails that were from ▇.
QUESTION: Did you send messages from this account?
ANSWER: No, but there have been exceptions when I sent [messages], but not from her account.

[Interpreter: illegible signature]

PROSECUTOR            PUBLIC DEFENDER         REPRESENTATIVES OF US
                                              AUTHORITIES
[Illegible signature]  [Illegible signature]  [Partially visible, illegible signature]

2
UNCLASSIFIED

UNCLASSIFIED

QUESTION: Is that where you found the exchange of messages containing pictures and photos?
ANSWER: Yes.
QUESTION: When did you access her account?
ANSWER: In December-January.
QUESTION: Did you continue to gather information?
ANSWER: Yes, I was interested in the people, usually celebrities.
QUESTION: Were you interested in something that would be the topic of news, or something that would put them in embarrassing situations?
ANSWER: No, I was looking for something that would serve my interests.
QUESTION: What made you send that message from Guccifer 7 to all the press organizations in which you were saying that you found interesting images and information about ▮?
ANSWER: After I carefully analyzed a photograph of ▮, I noticed that [he] was wearing a klux-klux-klan [sic] hat on his hea▮h intrigued me, it seemed unfair that such a person would be defended and respected.
QUESTION: Did you distribute this photograph on the internet?
ANSWER: Yes, I sent it. The only reply I got was from Wiliam Baston.
QUESTION: Why did you decide to use *Google Drive*?
ANSWER: It's the best. I usually use *Google Drive* from hacked accounts, so that the uploaded documents have no information.
QUESTION: When you accessed ▮ account, did you use the same technique?
ANSWER: Yes.
QUESTION: Did you use proxies to hide the IP address?
ANSWER: Yes, I used proxies from Russia to hide the IP address.
QUESTION: Were you trying to shield yourself when you used these IP addresses?
ANSWER: Yes, I was using proxies, not only Russian, but the Russian ones work better considering the geographical proximity.
QUESTION: Did you carefully consider the consequences of your actions as well?
ANSWER: Yes, they involved other people's lives as well.
QUESTION: Did you also obtain other contacts which would be of interest to you? ▮ ▮ for example?
ANSWER: I don't remember exactly, but yes, I obtained the address of ▮ [sic].
QUESTION: Did you obtain the email, or the phone number?
ANSWER: All the information, then I analyzed them on the internet, to find out the related accounts.
QUESTION: What *Facebook* account did you use?

| PROSECUTOR | PUBLIC DEFENDER | REPRESENTATIVES OF US AUTHORITIES |
|---|---|---|
| [Illegible signature] | [Illegible signature] | [Partially visible, illegible signature] |

UNCLASSIFIED

ANSWER: I used many [accounts] of some important people to find out the addresses of other important people. I searched for someone else's *Facebook* account and I found out ▓▓▓▓▓ [sic] address, which had four *Facebook* addresses.

QUESTION: Did you use his accounts to send messages to others?

ANSWER: No. I was only there for eight hours. I tried every method to take control of the accounts. My success rate was 8-10%. I most appreciated ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, I accessed his email account several times.

QUESTION: Did Bill Bastone ever ask you or pay you?

ANSWER: No.

QUESTION: Do you remember other *Facebook* accounts where you spent more time?

ANSWER: No, but you can check the Guccifer activity, and there you can see everything.

QUESTION: Were you interested in the victims' financial information?

ANSWER: No, I was more interested in reading the correspondence.

QUESTION: Were you interested in selling this information?

ANSWER: No.

QUESTION: Does the name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ring a bell?

ANSWER: No.

QUESTION: In this email, was there a list with name(s), date(s) of birth and social security number(s)?

ANSWER: I think so, I don't remember. I am not a money guy, I was not out for financial gain. I remember that ▓▓▓▓▓ had a *Comcast* account.

QUESTION: Do you remember ▓▓▓▓▓▓▓▓ account? Whether [he] used a Gmail account? Whether a *Google Drive* account was created?

ANSWER: I did not use this account for all the *Google* accounts I created.

QUESTION: Is changing the answers to the security questions of the accounts your usual way of operating?

ANSWER: Yes, this is it. I added an additional email address, which I knew, so that the accounts would not get into anybody's hands, so that they're not vulnerable.

QUESTION: Do you remember what *Facebook* account you used to identify ▓▓▓▓▓ [sic] account?

ANSWER: Yes, I also used my personal *Facebook* account.

QUESTION: What can you tell me about the password protected files in the Guccifer archive?

PROSECUTOR

[Illegible signature]

PUBLIC DEFENDER

[Illegible signature]

REPRESENTATIVES OF US AUTHORITIES

[Partially visible, illegible signature]

4

UNCLASSIFIED

UNCLASSIFIED

ANSWER: I remember these files, but I could not figure out the password due to the fact that I did not have a good computer. These PDF files usually only had a password with the owners' social security numbers. It is very important for a *hacker* [to have] a list of social security numbers.

QUESTION: Did you ever come across a password protected file? Were you able to hack the password?

ANSWER: Yes, I remember a few of ▮▮▮ files, but I did not hack their passwords.

QUESTION: Aside from the archive th▮▮▮ n the internet after your arrest, is there any other archive that did not appear?

ANSWER: Yes, there is, but I didn't publish it and I don't know if I will publish it.

QUESTION: Are there other people who have worked with you?

ANSWER: No.

QUESTION: Did you have anything to do with the article that appeared on the gauker.com [sic] website about ▮▮▮?

ANSWER: No.

QUESTION: What happened to you between August and December?

ANSWER: My area of interest moved towards Asia Minor, where I looked for and found ambassadors' accounts. In October my computer broke down and I started using a very weak laptop to read the news, which is why I told Bill Bastone that I needed money to buy a better computer, but I was not able to obtain [one] and continued to use the laptop.

QUESTION: Where did you obtain ▮▮▮ email address?

ANSWER: From ▮▮▮ acts and hers from ▮▮▮ [sic] list of contacts.

QUESTION: Where did you find the material you used in August?

ANSWER: From the activity in March, when I realized that there is a romantic relationship between ▮▮▮ [sic]. I realized that the messages sent from ▮▮▮ [sic] account had been erased and that made me think of ▮▮▮. I posted a link on ▮▮▮ *Facebook* account [a link] which contained the messages that ▮▮▮ sent to ▮▮▮. This way, I was sure that the two of them will communicate with each other, which is what happened. After that I obtained access to ▮▮▮ account and I identified the messages between the two.

QUESTION: How were those screen shots taken?

ANSWER: I took them when I accessed ▮▮▮ account, by doing a *print screen*.

| PROSECUTOR | PUBLIC DEFENDER | REPRESENTATIVES OF US AUTHORITIES |
|---|---|---|
| [Illegible signature] | [Illegible signature] | [Partially visible, illegible signature] |

5
UNCLASSIFIED

UNCLASSIFIED

QUESTION: Did you identify other email addresses from ▮▮▮▮ [sic] list?
ANSWER: Yes, I had the habit of checking every list, but I can't remember now which accounts I took from which list.
QUESTION: I would like to ask you about the image of an email message sent between ▮▮▮▮ ▮▮▮▮ on July 12th, 2011. What language was used to write the words "interficio iluminati," is it Latin?
ANSWER: Yes, it's Latin. I believe that ▮▮▮▮ is an *Illuminati*, but ▮▮▮▮ is not.
QUESTION: What does the group image *Bohemien Group* represent?
ANSWER: A group of men making sacrifices in some ancient plays.
QUESTION: President Obama's picture riding a duck?
ANSWER: It is actually a more relaxed conclusion of the group of 24 people.
QUESTION: It was asked whether the names identified in the Guccifer archive belong to some victims.
ANSWER: Yes. The information in the archive is divided into months of criminal activity.
QUESTION: Were all the documents from ▮▮▮▮ account?
ANSWER: Yes, only from the *Comcast* account.
QUESTION: It is possible that information obtained from other people's activities was used as well?
ANSWER: No, all the information acquired from important people's accounts was obtained through my work, but I also found archives of some people who were not important. I put the pictures of ▮▮▮▮ paintings on ▮▮▮▮ account in January.
QUESTION: Do you remember ▮▮▮▮ [sic]? Did you use ▮▮▮▮ accounts and identity in ▮▮▮▮
ANSWER: Yes, I wanted to get ▮▮▮▮ attention to access a certain link in order to think that he is receiving messages from ▮▮▮▮ who was in Africa and had no internet connection.
QUESTION: How do you want people to remember you?
ANSWER: I am not important.
QUESTION: What is important?
ANSWER: A better world for our children.
QUESTION: What did you do from December to January?
ANSWER: I was very concerned because the since June the CIA knew where I lived, a fact I found out from the press, when the CIA Chief paid visits to Romania and Russia, where he obtained my IP addresses.

| PROSECUTOR | PUBLIC DEFENDER | REPRESENTATIVES OF US AUTHORITIES |
|---|---|---|
| [Illegible signature] | [Illegible signature] | [Partially visible, illegible signature] |

6
UNCLASSIFIED

UNCLASSIFIED

    This is my theory. Knowing the American methods, I was living in fear, which lead me to make wrong decisions sometimes.

QUESTION: Who else did you send the Guccifer archive to?
ANSWER: To Cryptonne and The Smoching [sic] Gun▮
QUESTION: Who else did you send information to from ▮ account?
ANSWER: I did not send it to other people outside ▮ntry, aside from Romanian journalists. I did not ask for the documents in the archive to be published. The fact that the people at Cryptome and Smoking Gun did it, is their responsibility. There are also other documents from Asia Minor which I have not yet made public and I might give them to you, if I remember the user name and password.
QUESTION: What significance do the colors have in the xcel [sic] files in the Guccifer archive?
ANSWER: From what I remember I was using red for accounts I hacked, orange for the ones I could hack and green for the ones I tried to hack but was not able to.
QUESTION: How did you fill in the information in the xcel [sic] files?
ANSWER: With *copy-paste*.
QUESTION: What can you say about the files in the Guccifer archive that have *BOOKMARKS*?
ANSWER: They are bookmarks I was using and I did not want to lose them. I did not think that the Guccifer archive would ever be public.
QUESTION: Were there modifications made to these?
ANSWER: Yes, I modified them.
QUESTION: In what way did you organize these links?
ANSWER: They were organized into articles, books, and politics.
QUESTION: Do you have a personal *Yahoo* account?
ANSWER: Yes.
QUESTION: Is this account also linked to other types of activities?
ANSWER: No.
QUESTION: What *Yahoo* account is this?
ANSWER: The one from Great Britain, marcellehel.
QUESTION: Regarding your daughter, are there *bookmarks* pertaining to her?
ANSWER: I don't remember.
QUESTION: Tell me something about the Lucia *bookmark*.
ANSWER: These were websites with children's games which I used to play with my daughter.
QUESTION: What can you tell me about ▮?
ANSWER: He had a *Comcast* account.

| PROSECUTOR | PUBLIC DEFENDER | REPRESENTATIVES OF US AUTHORITIES |
|---|---|---|
| [Illegible signature] | [Illegible signature] | [Partially visible, illegible signature] |

7
UNCLASSIFIED

UNCLASSIFIED

QUESTION: Do you remember how you found this contact information?
ANSWER: No.
QUESTION: Do you remember ▮▮▮▮ [sic]?
ANSWER: I found her accoun▮▮▮▮ t list, when I had 10 hours at my disposal. I sorted the emails, the most important ones were the ones sent by ▮▮▮▮.
QUESTION: Were there pictures posted to ▮▮▮▮ Facebook account?
ANSWER: I posted 14-15 pictures on this account portraying ▮▮▮.
QUESTION: Did you put them there so that people would think that ▮▮▮▮ posted them?
ANSWER: No, I put them [there] because ▮▮▮▮ has hundreds of friends who could see them.
QUESTION: What can you say about ▮▮▮▮?
ANSWER: In her account I found ▮▮▮▮ lling Monica." In European mythology Monica is the name of the moon. In that period starting in May, when I publicized the first 50 pages of her book, I think that the link between the title of the book and the total moon eclipse we had at the beginning of May, has an occult significance.
QUESTION: Did you make the scenario public in order to link ▮▮▮▮ to occultism?
ANSWER: Only to draw attention to a Young – Niene synch ▮▮▮▮ are things that don't draw the attention of most people.
QUESTION: Did you access the email addresses of the following people? Did you intend to cause physical harm to the President, Vice-President or another person?
ANSWER: No.
QUESTION: Is there anything you would like us to know about?
ANSWER: No, not now.
QUESTION: Do you wish to have other such conversations with us?
ANSWER: Yes.

The hearing started at 10:40 AM and ended at 2:05 PM.

[End of source document.]

PROSECUTOR

[Illegible signature]

PUBLIC DEFENDER

[Illegible signature]

REPRESENTATIVES OF US AUTHORITIES

[Partially visible, illegible signature]

8
UNCLASSIFIED