# EXHIBIT F

# (AUDIO CLIP)