IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                       ) | Docket No. 1:14CR213 |
| ) | |
| MARCEL LEHEL LAZAR,                                 ) | |
| ) | |
| Defendant.                                        ) | |

### DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF MOTION TO SEAL

The defendant, Marcel Lehel Lazar, by counsel and pursuant to Local Criminal Rule 49(E), asks for an Order sealing the document attached to his Motion to Seal.

I.   Items to be Sealed and Necessity for Sealing

A.   The defendant asks the Court to seal the document entitled "Defendant's Supplemental Memorandum in Aid of Sentencing" filed with the Court on August 29, 2016.

B.   Sealing is necessary in order to safeguard the safety and privacy of the defendant and confidential matters. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure and to prevent public dissemination of this information.

II.   Previous Court Decisions Which Concern Sealing Documents

The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has

supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

III. Period of Time to Have the Document Under Seal

    A. The materials to be filed under seal would need to remain sealed permanently or until unsealed by the Court.

Accordingly, the defendant respectfully requests that an Order be entered allowing "Defendant's Supplemental Memorandum in Aid of Sentencing" to be placed Under Seal.

        Respectfully submitted,
        Marcel Lehel Lazar
        By Counsel,

        Geremy C. Kamens,
        Federal Public Defender

By:    /s/
        Shannon S. Quill,
        Va. Bar No. 76355
        Assistant Federal Public Defender
        Attorney for Defendant
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        (703) 600-0800 (telephone)
        (703) 600-0880 (facsimile)
        Shannon_Quill@fd.org (email)

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Maya Song, Esq.
>Assistant U.S. Attorney
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>(703) 299-3700

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

>/s/
>Shannon S. Quill, Esquire
>Attorney for Defendant
>Virginia Bar No. 76355
>Office of the Federal Public Defender
>1650 King Street, Suite 500
>Alexandria, VA  22314
>(703)600-0850 (telephone)
>(703)600-0880 (facsimile)
>Shannon_Quill@fd.org